B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**R&B Receivables Management, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA R&B Solutions** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4118495** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**860 S. Northpoint Blvd.**<br>**Waukegan, IL**<br>ZIP Code **60085-8211** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **R&B Receivables Management, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____  Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                           Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**R&B Receivables Management, Inc.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Debtor

**X** _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

_____

Date

### Signature of Attorney*

**X** **/s/ SCOTT R. CLAR**

Signature of Attorney for Debtor(s)

**SCOTT R. CLAR 06183741**

Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**

Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777  Fax: 312-641-7114**

Telephone Number

**September 14, 2012**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Dennis Brebner**

Signature of Authorized Individual

**Dennis Brebner**

Printed Name of Authorized Individual

**President/CEO**

Title of Authorized Individual

**September 14, 2012**

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

**X** _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **R&B Receivables Management, Inc.**                     Case No. _____
_____      Chapter   **11**
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Addison Search**<br>**222 S. Riverside Plaza**<br>**Ste. 1710**<br>**Chicago, IL 60606** | **Addison Search**<br>**222 S. Riverside Plaza**<br>**Ste. 1710**<br>**Chicago, IL 60606** | | | **6,304.00** |
| **Advanced Resources**<br>**8057 Solutions Center**<br>**Chicago, IL 60677-8000** | **Advanced Resources**<br>**8057 Solutions Center**<br>**Chicago, IL 60677-8000** | | | **7,504.54** |
| **Blue Cross Blue Shield**<br>**P.O. Box 1186**<br>**Chicago, IL 60690** | **Blue Cross Blue Shield**<br>**P.O. Box 1186**<br>**Chicago, IL 60690** | | | **34,007.72** |
| **Carolyn Tuttle**<br>**25732 N. 69th Avenue**<br>**Peoria, AZ 85383** | **Carolyn Tuttle**<br>**25732 N. 69th Avenue**<br>**Peoria, AZ 85383** | | | **6,953.13** |
| **Eder, Casella & Co**<br>**5400 W. Elm Street**<br>**Ste. 203**<br>**McHenry, IL 60050** | **Eder, Casella & Co**<br>**5400 W. Elm Street**<br>**Ste. 203**<br>**McHenry, IL 60050** | | | **41,561.71** |
| **GE Capital a/k/a IKON Financial**<br>**c/o Advanced Recovery Systems**<br>**901 E. Eight Ave, #206**<br>**King of Prussia, PA 19406** | **GE Capital a/k/a IKON Financial**<br>**c/o Advanced Recovery Systems**<br>**901 E. Eight Ave, #206**<br>**King of Prussia, PA 19406** | | | **14,896.83** |
| **Hinshaw & Culbertson LLP**<br>**8142 Solutions Center Drive**<br>**Chicago, IL 60677-8001** | **Hinshaw & Culbertson LLP**<br>**8142 Solutions Center Drive**<br>**Chicago, IL 60677-8001** | | | **7,810.86** |
| **Holland & Knight, LLP**<br>**50 North Laura Street**<br>**Ste. 3900**<br>**Jacksonville, FL 32202** | **Holland & Knight, LLP**<br>**50 North Laura Street**<br>**Ste. 3900**<br>**Jacksonville, FL 32202** | | | **94,301.95** |
| **Lynne M. Schiffke**<br>**c/o Bogdan Martinovich**<br>**P.O. Box 400**<br>**Libertyville, IL 60048** | **Lynne M. Schiffke**<br>**c/o Bogdan Martinovich**<br>**P.O. Box 400**<br>**Libertyville, IL 60048** | | **Disputed** | **300,000.00** |
| **Matthews Professional**<br>**321 Grand Avenue**<br>**Waukegan, IL 60085** | **Matthews Professional**<br>**321 Grand Avenue**<br>**Waukegan, IL 60085** | | | **5,659.75** |

B4 (Official Form 4) (12/07) - Cont.

In re  __R&B Receivables Management, Inc.__                              Case No.  _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Much Shelist P.C.**<br>**8477 Solution Center**<br>**Chicago, IL 60677-8004** | **Much Shelist P.C.**<br>**8477 Solution Center**<br>**Chicago, IL 60677-8004** | | | **100,218.82** |
| **NCHELP**<br>**1100 Connecticut Ave NW**<br>**Ste. 1200**<br>**Washington, DC 20036** | **NCHELP**<br>**1100 Connecticut Ave NW**<br>**Ste. 1200**<br>**Washington, DC 20036** | | | **10,675.00** |
| **Nelnet Guarantor Services**<br>**P.O. Box 2970**<br>**Omaha, NE 68103** | **Nelnet Guarantor Services**<br>**P.O. Box 2970**<br>**Omaha, NE 68103** | | **Disputed** | **1,879,496.13** |
| **OSFA Florida Dept. of Education**<br>**Default Aversion Unit**<br>**325 W. Gaines Street**<br>**Ste. 1314**<br>**Tallahassee, FL 32399-0400** | **OSFA Florida Dept. of Education**<br>**Default Aversion Unit**<br>**325 W. Gaines Street**<br>**Tallahassee, FL 32399-0400** | | | **14,520.82** |
| **Quantrax Corporation Inc.**<br>**4300 Montgomery Avenue**<br>**Ste. 106**<br>**Bethesda, MD 20814** | **Quantrax Corporation Inc.**<br>**4300 Montgomery Avenue**<br>**Ste. 106**<br>**Bethesda, MD 20814** | | | **21,080.00** |
| **TALX The Work Number**<br>**4076 Paysphere Circle**<br>**Chicago, IL 60674** | **TALX The Work Number**<br>**4076 Paysphere Circle**<br>**Chicago, IL 60674** | | | **5,300.00** |
| **The Hartford**<br>**P.O. Box 660916**<br>**Dallas, TX 75266-0916** | **The Hartford**<br>**P.O. Box 660916**<br>**Dallas, TX 75266-0916** | | | **8,206.78** |
| **Vogue Printers**<br>**P.O. Box 7170**<br>**Dept. 42**<br>**Libertyville, IL 60048** | **Vogue Printers**<br>**P.O. Box 7170**<br>**Dept. 42**<br>**Libertyville, IL 60048** | | | **11,281.92** |
| **Washington Partners LLC**<br>**1101 Vermont Avenue NW**<br>**Ste. 400**<br>**Washington, DC 20005** | **Washington Partners LLC**<br>**1101 Vermont Avenue NW**<br>**Ste. 400**<br>**Washington, DC 20005** | | | **40,017.35** |
| **XO Communications**<br>**14239 Collections Center Drive**<br>**Chicago, IL 60693** | **XO Communications**<br>**14239 Collections Center Drive**<br>**Chicago, IL 60693** | | | **9,494.84** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **R&B Receivables Management, Inc.**                                      Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury
that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date    **September 14, 2012**                         Signature    **/s/ Dennis Brebner**
                                                                    **Dennis Brebner**
                                                                    **President/CEO**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                    18 U.S.C. §§  152 and 3571.

Accurint a/k/a Lexis Nexis
P.O. Box 7247-6157
Philadelphia, PA 17170

Carolyn Tuttle
25732 N. 69th Avenue
Peoria, AZ 85383

Equifax
P.O. Box 105835
Atlanta, GA 30348-5835

Addison Search
222 S. Riverside Plaza
Ste. 1710
Chicago, IL 60606

Ceidian
P.O. Box 10989
Newark, NJ 07193-0989

Fidelity Investments
P.O. Box 73307
Chicago, IL 60673

Advance Business Systems
4631 44th Street
Moline, IL 61265

Century Automatic Sprinkler
1533 St. Paul Avenue
Gurnee, Il 60031

GE Capital a/k/a IKON Financial
c/o Advanced Recovery Systems
901 E. Eight Ave, #206
King of Prussia, PA 19406

Advanced Resources
8057 Solutions Center
Chicago, IL 60677-8000

COHEAO
1101 Vermont Avenue NW
St. 400
Washington, DC 20005

Health Port
P.O. Box 409875
Atlanta, GA 30384-9875

Allied A/C & Heating Corp
203 Peterson Road
Libertyville, IL 60048

Conference America Inc.
P.O. Box 241188
Montgomery, AL 36124-1188

HFMA / EF
P.O. Box 485
LaGrange, IL 60525-1485

Asure Software
110 Wild Basin Road
Ste. 100
Austin, TX 78746

Contech-MSI Co.
P.O. Box 1295
Bedford Park, IL 60499-1295

Hinshaw & Culbertson LLP
8142 Solutions Center Drive
Chicago, IL 60677-8001

AT&T
P.O. Box 8100
Aurora, IL 60507

Di Monte & Lizak LLC
216 W. Higgins Road
Park Ridge, IL 60068

Holland & Knight, LLP
50 North Laura Street
Ste. 3900
Jacksonville, FL 32202

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

Discovery Litigation Services
Commercial Finance Group
P.O. Box 42047
Atlanta, GA 30342

Impact Networking LLC
Dept. 5270
P.O. Box 1170
Milwaukee, WI 53201

Blue Cross Blue Shield
P.O. Box 1186
Chicago, IL 60690

Eder, Casella & Co
5400 W. Elm Street
Ste. 203
McHenry, IL 60050

Integrys Energy Service Inc.
P.O. Box 19046
Green Bay, WI #####-####

Canon Business Solutions
15004 Collections Center Drive
Chicago, IL 60693

Emdeon Business Solutions
P.O. Box 572490
Salt Lake City, UT 84157-2490

IPFS Corporation
301 West 11th Street
Fourth Floor
Kansas City, Mo 64106

Jani King
2791 Momentum Place
Chicago, IL 60689-5327

NCHELP Inc.
1100 Connecticut Ave NW
Ste. 1200
Washington, DC 20036

Powers Reporting Inc.
200 W. Forsyth Street
Ste. 1530
Jacksonville, FL 32202

Logsdon Office Supply
1055 Arthur Drive
Elk Grove Village, IL 60007

Nebo Systems Inc.
P.O. Box 636078
Cincinnati, OH 45263-6078

ProData
2809 S. 106th Street
Ste. 401
Omaha, NE 68103

Lynne M. Schiffke
c/o Bogdan Martinovich
P.O. Box 400
Libertyville, IL 60048

Nelnet Guarantor Services
P.O. Box 2970
Omaha, NE 68103

Quantrax Corporation Inc.
4300 Montgomery Avenue
Ste. 106
Bethesda, MD 20814

Mapping Your Future Inc.
P.O. Box 5176
Round Rock, TX 78683-5176

Neopost
P.O. Box 45800
San Francisco, CA 94145-0800

Quest Diagnositcs
P.O. Box 740709
Atlanta, GA 30374-0709

Matthews Professional
321 Grand Avenue
Waukegan, IL 60085

North Shore Sanitary District
P.O. Box 750
Wm Koepsel Drive
Gurnee, IL 60031

Real Vision Software
P.O. Box 12958
Alexandria, LA 71315

Meridian IT Inc.
23618 Network Place
Chicago, IL 60673-1236

Orkin
200 Howard Avenue
Ste. 236
Des Plaines, IL 60018

Republic Parking
200 W. Mercer Street
Ste. 103
Seattle, WA 98119

MS Dept of Revenue
State Tax Commission
P.O. Box 23050
Jackson, MS 39225-3050

OSFA Florida Dept. of Education
Default Aversion Unit
325 W. Gaines Street
Ste. 1314
Tallahassee, FL 32399-0400

SEACP
10 Clipper Road
West Conshohocken, PA 19428

Much Shelist P.C.
8477 Solution Center
Chicago, IL 60677-8004

OVM Solutions
10 Seburn Drive
Bluffton, SC 29909

Secure Storage
350 Lakehurst Road
Waukegan, IL 60085

NAHAM
2025 M Street MW
Ste. 800
Washington, DC 20036

Paul's Auto & Truck Repair
225 N 2400 East Road
Wellington, IL 60973

ServIT
P.O. Box 2137
Kennesaw, GA 30156

National Registered Agents Inc.
P.O. Box 927
West Windsor, NJ 08550-0927

Pitney Bowes
P.O. Box 856390
Louisville, KY 40285

Skytel
P.O. Box 70849
Charlotte, NC 28272-0849

Sprint
P.O. Box 4191
Carol Stream, IL 60197

Verified Persons
22 N. Front Street
Ste. 300
Memphis, TN 38103

State Bank of the Lakes
Wintrust
440 Lake Street
Antioch, IL 60002

Vogue Printers
P.O. Box 7170
Dept. 42
Libertyville, IL 60048

State Life
P.O. Box 406
Indianapolis, IN 46206-0406

Washington Partners LLC
1101 Vermont Avenue NW
Ste. 400
Washington, DC 20005

Swedish Medical Center
Foundation
747 Broadway
Seattle, WA 98122

Waste Management
P.O. Box 4648
Carol Stream, IL 60197-4648

Swedish Medical Center - Rents
747 Broadway
Met park 5th Floor
Seattle, WA 98122

West Direct LLC
P.O. Box 3865
Omaha, NE 68103-0865

TALX The Work Number
4076 Paysphere Circle
Chicago, IL 60674

Woodlawns Landscaping
P.O. Box 885
Mundelein, IL 60060

The Hartford
Goup Benefits Division
P.O. Box 8500-3690
Philadelphia, PA 19178-3690

XO Communications
14239 Collections Center Drive
Chicago, IL 60693

The Hartford
P.O. Box 660916
Dallas, TX 75266-0916

Tmobile
P.O. Box 742596
Cincinnati, OH 45274-2596

Uline
2200 S. Lakeside Drive
Waukegan, IL 60085

# United States Bankruptcy Court
## Northern District of Illinois

In re __R&B Receivables Management, Inc.__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __R&B Receivables Management, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__September 14, 2012__

Date

/s/ SCOTT R. CLAR

**SCOTT R. CLAR**

Signature of Attorney or Litigant

Counsel for __R&B Receivables Management, Inc.__

**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777 Fax:312-641-7114**