UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>R&B Receivables Management, Inc.<br><br><br>Debtor(s) | BK No.: 12-36479<br><br>Chapter: 11<br>Honorable Donald R. Cassling |

## FINAL ORDER AUTHORIZING INTERIM USE OF
## CASH COLLATERAL AND GRANTING RELATED RELIEF

THIS MATTER COMING TO BE HEARD upon the Emergency Motion of R&B Receivables Management, Inc., an Illinois corporation, debtor/debtor-in-possession herein ("Debtor"), For Authority to Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; no objections having been interposed; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Exhibit A to the Motion is necessary to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing on the Motion; and this Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

A) The Debtor is authorized to use cash collateral for the remainder of this Chapter 11 case to the extent set forth on the budget attached hereto as Exhibit A (the "Budget") plus no more than ten (10%) percent of the proposed expense payments. The Debtor will submit periodic budgets as they may be requested.

B) In return for the Debtor's continued interim use of cash collateral, State Bank of the Lakes is granted the following adequate protection for its purported secured interests:

    1. The Debtor will permit State Bank to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

    2. The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

    3. The Debtor shall, upon reasonable request, make available to State Bank evidence of that which purportedly constitutes their collateral or proceeds;

    4. The Debtor will properly maintain the collateral and properly manage the collateral;

    5. The Debtor will grant a replacement lien to State Bank to the extent of State Bank's pre-petition lien, and attaching to the same assets of the Debtor in which State Bank asserted a pre-petition lien; and

6. The Debtor will continue to remit $915.00 provisional monthly interest payments to State Bank.

Enter:

*Donald R. Cassling*

United States Bankruptcy Judge

Dated: -8 NOV 2012

**Prepared by:**
Scott R. Clar
(Atty. No. 06183741)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
\mjo\r&b receivables\cash collateral.Ord - Final

# EXHIBIT A

R&B Receivables Management
Budget 90 days

| Revenue | | Oct 29-Nov 3 | Nov 4-10 | Nov 11-17 | Nov 18-24 | Nov 25-Dec1 | Dec 2-8 |
|---|---|---|---|---|---|---|---|
| Beginning Cash 10/01/12 | $ 316,319.69 | | | | | | |
| A/R Beginning 10/01/12 | 4110278.97* | | | | | | |
| Monthly Billing - estimated | | | | | | | |
| | Advocacy | $ 280,000.00 | | | | | $ 280,000.00 |
| | Student Loan | $ 18,221.00 | | | | | $ 18,221.00 |
| | Out of State Billing | $ 4,000.00 | | | | | $ 4,000.00 |
| | Solutions for Unsinsured | $ 18,750.00 | | | | | $ 18,750.00 |
| | RAMP | $ 57,000.00 | | | | | $ 57,000.00 |
| Total | | $ 377,971.00 | | | | | $ 377,971.00 |

| Expenses | | Oct 29-Nov 3 | Nov 4-10 | Nov 11-17 | Nov 18-24 | Nov 25-Dec1 | Dec 2-8 |
|---|---|---|---|---|---|---|---|
| Accurint a/k/a LexisNexis | skip tracing | $ 262.25 | | | | | $ 262.25 |
| Addison | temp services | $ 1,106.25 | $ 1,106.25 | $ 1,106.25 | $ 1,106.25 | $ 1,106.25 | $ 1,106.25 |
| Advance Business | copier lease | $ 173.97 | | | | | $ 173.97 |
| Allied | maintenance | | | | | | |
| Asure Software | timeclock | | | | | $ 297.50 | |
| AT&T Mobility | cellphone | | | $ 73.26 | | | |
| | credit car | | $ 6,000.00 | | | | |
| Blue Cross Blue Shield | health ins. | $ 30,991.76 | | | | | $ 30,991.76 |
| BP Amoco - est | gas card | | | | $ 3,716.00 | | |
| Canon Financial | lease | $ 673.00 | | | | | $ 673.00 |
| Canon Financial | maintenance | $ 554.24 | | | | | $ 554.24 |
| Ceridian | flex admin | $ 422.40 | | | | | $ 422.40 |
| Conference America | call serv | | | | | $ 19.92 | |
| Contech | maintenance | | | | | | |
| Eder, Casella & Co | Accounting | | | | | $ 1,774.65 | |
| Emdeon | eligibility/billing | | | | $ 690.98 | | |
| Fedex | mail service | | | $ 300.00 | | | |
| Fidelity | 401k admin | | | | | | |
| Healthport - est | Med records | | | | | $ 28.00 | |
| HFMA / EF | Trade show | | $ 600.00 | | | | |
| Patmar Janitorial | maintenance | | | | | $ 620.00 | |
| Logsdon Office Supply | Office supplies | | | | | $ 479.17 | |
| Meridian IT | IT services | | | | | $ 370.00 | |
| Nebo Systems - est | eligibility/billing | | | | $ 925.00 | | |
| OVM Solutions - est | call srvcs | | | | $ 84.10 | | |

| Creditor | Description | Col1 | Col2 | Col3 | Col4 | Col5 |
|---|---|---|---|---|---|---|
| Pitney Bowes | lease | $ 190.40 | | | | $ 190.40 |
| Pitney Bowes | supplies | $ 261.68 | | | | |
| ProDATA | maintenance | $ 395.00 | | | | |
| Quantrax | maintenance | | | | | |
| Republic Parking | travel | $ 277.37 | | | | $ 277.37 |
| RedPlaid | maintenance | $ 1,501.00 | | | $ 1,501.00 | |
| ServIT | maintenance | | | | | |
| Sprint | wireless srvc | $ 372.78 | | | | $ 372.78 |
| Skytel | pager srvc | | $ 25.04 | | | |
| TALX | work number | $ 2,516.50 | | | | $ 2,516.50 |
| The Hartford | Life / AD&D | | $ 1,760.52 | | | |
| The Hartford | General Ins. | $ 2,133.09 | | | | $ 2,421.61 |
| Tmobile | cellphone | | | $ 637.49 | | |
| Uline | Office supplies | | | $ 350.00 | | |
| Verified Person | background | | | $ 2.66 | | |
| Vogue Printers - est | printing | | | $ 2,600.00 | | |
| Waste Management | utilities | | $ 320.00 | | | |
| Integrys Energy | utilities | | $ 1,680.00 | | | |
| North Shore Gas | utilities | | $ 430.00 | | | |
| North Shore Sanitary | utilities | | | | | |
| Woodlawn | landscaping | $ 290.00 | | | | |
| XO Communications | phone srvc | | $ 4,720.00 | | | $ 1,631.00 |
| DDL Management | rent - IL | $ 16,550.00 | | | | $ 16,550.00 |
| Swedish Corp Properties | rent - WA | $ 187.50 | | | | $ 187.50 |
| Secure Storage | rent - storage | $ 115.00 | | | | $ 115.00 |
| Expense reports - staff | travel reimburs | $ 1,765.45 | | | | $ 1,765.45 |
| Wintrust Bank | line of credit | | 915.00 | | | |
| Manning - car allowance | travel reimburs | | | | 450.00 | |
| Brown & Farley | billing srvcs | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 |
| IPSF Corporation | E&O Ins. | | | 776.02 | | |
| Payroll | | 99,000.00 | 99,000.00 | | 99,000.00 | |
| State of WA - est | Excise Tax | | | 975.46 | | |
| 4rd quarter payroll taxes | taxes | | | | 4,000.00 | |
| Postage - est. | | 15,000.00 | | | | 15,000.00 |
| US Trustee | | | | | | |
| | | | | | | |
| Totals | | 175,939.64 | 111,530.07 | 8,906.25 | 13,063.96 | 110,846.49 | 76,411.48 |

*Monies due from Nelnet/OSFA ($2,597,487.02) are disputed and in litigation; contested as to liability*

| Dec 9-15 | Dec 16-22 | Dec 23-29 | Dec 30-Jan 5 | Jan 6-12 | Jan 13-19 | Jan 20-26 | Jan 27-Feb 2 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | $ 280,000.00 | | | | |
| | | | $ 18,221.00 | | | | |
| | | | $ 4,000.00 | | | | |
| | | | $ 18,750.00 | | | | |
| | | | $ 57,000.00 | | | | |
| | | | $ 377,971.00 | | | | |

| Dec 9-15 | Dec 16-22 | Dec 23-29 | Dec 30-Jan 5 | Jan 6-12 | Jan 13-19 | Jan 20-26 | Jan 27-Feb 2 |
|---|---|---|---|---|---|---|---|
| | | | $ 262.25 | | | | |
| $ 1,106.25 | $ 1,106.25 | $ 1,106.25 | $ 1,106.25 | $ 1,106.25 | $ 1,106.25 | $ 1,106.25 | $ 281.25 |
| | | | $ 173.97 | | | | |
| | | | $ 905.00 | | | | |
| $ 73.26 | | $ 297.50 | | $ 73.26 | | | $ 297.50 |
| | | | $ 30,991.76 | | | | |
| | $ 3,716.00 | | $ 673.00 | | | $ 3,716.00 | |
| | | | $ 554.24 | | | | |
| | | | $ 422.40 | | | | |
| | | $ 19.92 | | | | $ 19.92 | |
| | | $ 1,774.65 | | | | $ 1,774.65 | $ 267.00 |
| | $ 690.98 | | | | | $ 690.98 | |
| $ 300.00 | | | | | $ 300.00 | | |
| | | $ 28.00 | | | | | $ 1,837.50 |
| | | | | | | | $ 28.00 |
| | | $ 620.00 | | | | $ 620.00 | $ 2,350.00 |
| | | $ 479.17 | | | | $ 479.17 | |
| | | $ 370.00 | | | | $ 370.00 | |
| | $ 925.00 | | | | | $ 925.00 | |
| | $ 84.10 | | | | | $ 84.10 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | $ 190.40 | | | | |
| | | | $ 261.68 | | | | |
| | | | $ 2,100.00 | | | | |
| | | | $ 277.37 | | | | |
| | | | $ 1,501.00 | | | $ 1,501.00 | |
| | | | | | | $ 270.00 | |
| | $ 25.04 | | $ 372.78 | | $ 25.04 | | |
| | $ 1,760.52 | | $ 2,516.50 | | $ 1,760.52 | | |
| | | | $ 2,421.61 | | | | |
| | $ 637.49 | | | | $ 637.49 | | |
| | $ 350.00 | | | | $ 350.00 | | |
| | $ 2.66 | | | | $ 2.66 | | |
| | $ 2,600.00 | | | | $ 2,600.00 | | |
| | $ 320.00 | | | | $ 320.00 | | |
| | $ 1,350.00 | | | | $ 1,260.00 | | |
| | $ 430.00 | | | | $ 430.00 | | |
| | | $ 30.00 | | | | | $ 56.00 |
| | $ 4,720.00 | | $ 1,631.00 | | $ 4,720.00 | | |
| | | | $ 16,550.00 | | | | |
| | | | $ 187.50 | | | | |
| | | | $ 115.00 | | | | |
| | | | $ 1,765.45 | | | | |
| 915.00 | | | | | 915.00 | | |
| 1,200.00 | 1,200.00 | 450.00 | 1,200.00 | 1,200.00 | 1,200.00 | 450.00 | 225.00 |
| | | 1,200.00 | | | | 1,200.00 | |
| 99,000.00 | | 776.02 | | | | 776.02 | |
| | | 99,000.00 | | 99,000.00 | | 99,000.00 | |
| | | 1,190.19 | | | | 1,699.14 | |
| | | | 15,000.00 | | | | |
| 102,594.51 | 19,918.04 | 107,341.70 | 81,179.16 | 101,379.51 | 15,626.96 | 112,911.23 | 7,113.25 |