IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 12-36479 |
| R&B Receivables Management, Inc. | ) | |
| | ) | Judge Donald R. Cassling |
| Debtor. | ) | |

## ORDER ALLOWING CLAIM NO. 5
## OF NELNET GUARANTOR SOLUTIONS, LLC

THIS MATTER COMING TO BE HEARD upon the Objection of Claim No. 5 filed by Nelnet Guarantor Solutions LLC ("Nelnet"), all as more fully set forth in the Objection of Debtor/Debtor-in-Possession, R&B Receivables Management, Inc., ("Debtor") to Claim No. 5 of Nelnet, due written notice having been given to all parties in interest, the parties having agreed to a general unsecured claim amount and to certain relief relating thereto, and this Court being otherwise fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. Claim No. 5 filed by Nelnet is hereby allowed as a general unsecured claim against the Debtors in the amount of $1,900,000.00 (the "Allowed Claim").

2. Upon entry of an order confirming the Debtors' plan of reorganization (the "Plan") providing for a minimum distribution on account of such Allowed Claim of not less than $380,000 over a term not to exceed 5 years, (a) this Order and the Plan shall be deemed a full and final resolution of all claims of the Debtors and Nelnet against each other relating to the Debtor's Chapter 11 case, including, without limitation, the litigation currently pending in the Circuit Court, Fourth Judicial Circuit of Duval County, Florida at Case No. 2000-CA-000956 (the "Civil Action") and (b) the Debtors and Nelnet shall promptly sign and file in the Civil

Action a joint stipulation of dismissal with prejudice.

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order

SO ORDERED this 11th day of February, 2014:

*J. Cox* *Jacqueline P. Cox*

HONORABLE ~~DONALD R. CASSLING~~
UNITED STATES BANKRUPTCY JUDGE

**Prepared by:**

Scott R. Clar (Atty. No. 06183741)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777

- and -

Sean T. Scott (Atty No. 6273516)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

2