IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          )
                                                )   Case No. 12-36479
R&B Receivables Management, Inc.                )   Chapter 11
                                                )   Judge Cassling
   debtor/debtor-in-possession.                 )

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 9th day of July, 2014 at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Donald R. Cassling, Bankruptcy Judge, in the room usually occupied by him as courtroom 619 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion for Allowance and Payment of Final Compensation and Reimbursement of Expenses,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 6416777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK      )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all the parties listed on the attached service list via the Court's Electronic Registration, on the 17th day of June, 2014, before the hour of 5:00 p.m.

/s/Scott R. Clar

## SERVICE LIST

**Via Court's Electronic Registration**

United States Trustee
219 South Dearborn St., Suite 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Robert Benjamin
Beverly A. Berneman
Anthony J. D'Agostino
Golan & Christie LLP
70 W. Madison St., #1500
Chicago, IL 60602
rrbenjamin@golanchristie.com
baberneman@golanchristie.com
ajdagostino@golanchristie.com

Michael L. Sherman
State Bank of the Lakes
Sherman & Purcell LLP
120 S. LaSalle St., #1460
Chicago, IL 60603
shermlaw1@aol.com

Joshua M. Grenard
Sean T. Scott
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL 60606
jgrenard@mayerbrown.com
stscott@mayerbrown.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 12-36479 |
| R&B Receivables Management, Inc. ) | Chapter 11 |
| ) | Judge Cassling |
| debtor/debtor-in-possession. ) | |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant: <u>CRANE, HEYMAN, SIMON, WELCH & CLAR, Debtor's Counsel</u>

Authorized to Provide
Professional Services to: <u>Debtor</u>

Date of Order
Authorizing Employment:   <u>November 1, 2012</u>

Period for Which Compensation
is Sought:   From: <u>September 6, 2012</u> through <u>May 27, 2014</u>

Amount of Fees Sought: <u>$ 92,356.90</u>

Amount of Expense
Reimbursement Sought: <u>$4,063.83</u>

This is a(n):  Interim Application ____    Final Application <u>X</u>
If this is not the first Application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is: $40,000 retainer

Date: <u>June 12, 2014</u>         Applicant:        Scott R. Clar and the firm
                                                   <u>Crane, Heyman, Simon, Welch & Clar</u>

                                                   By: <u>/s/Scott R. Clar</u>
                                                        Debtor's Counsel

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                        )
                                              )    Case No. 12-36479
R&B Receivables Management, Inc.              )    Chapter 11
                                              )    Judge Cassling
   debtor/debtor-in-possession.               )

## MOTION OF THE LAW FIRM OF CRANE, HEYMAN, SIMON, WELCH & CLAR AS DEBTOR'S COUNSEL FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Now come Scott R. Clar, of the law firm of Crane, Heyman, Simon, Welch & Clar ("CHSWC"), counsel for the debtor/debtor-in-possession, R&B Receivables Management, Inc. ("Debtor"), and for the Motion pursuant to Sections 330 and 331 of the Bankruptcy Code for Allowance and Payment of Final Compensation and Reimbursement of Expenses, respectfully states as follows:

### INTRODUCTION

1. On September 14, 2012, the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code (the "Petition Date").

2. Since the Petition Date, the Debtor has operated its business and managed its financial affairs as a debtor-in-possession.

3. No official committee of unsecured creditors was appointed in the Debtor's Chapter 11 case and no trustee or examiner was appointed to serve in the Debtor's reorganization case.

-1-

4.      The Debtor is an Illinois corporation that is engaged in the business of providing medicaid eligibility services on behalf of hospitals for uninsured patients and default aversion and default prevention services relating to federal student loans. The Debtor is located at 860 Northpoint Blvd., Waukegan, IL 60085.

5.      On or about October 30, 2012, the Debtor presented its motion to employ CHSWC as the Debtor's bankruptcy counsel ("Motion to Employ"), and on November 1, 2012 an Order was entered by this Court granting the Motion to Employ.

6.      By this Motion, CHSWC requests an allowance of final compensation and reimbursement of expenses in the amounts of $92,356.90 and $4,063.83, respectively, for the period commencing September 6, 2012 through and including May 27, 2014, and a direction to the Debtor to pay fees and expenses allowed in excess of the Pre-Petition Retainer.

7.      The Debtor's Chapter 11 case progressed to confirmation of its First Amended Plan of Reorganization on May 27, 2014.

## CHSWC BIOGRAPHICAL INFORMATION

8.      CHSWC is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, insolvency and commercial matters. The firm is comprised of seven (7) attorneys, all of whom have significant experience and expertise in the law firm's area of concentration. The following is certain biographical information pertaining to Scott R. Clar, the member of the law firm who has rendered the majority of the services in the Debtor's Chapter 11 case.

## SCOTT R. CLAR

Scott R. Clar is a member of the law firm of Crane, Heyman, Simon, Welch & Clar, and has been a practicing attorney in the State of Illinois since 1982. He has been primarily responsible for the representation of the Debtor in this case. From January, 1985, through September, 1986, he was employed as a staff attorney with the United States Trustee's Office in the Northern District of Illinois, where he administered over 200 Chapter 11 cases, as well as supervised Chapter 7 panel trustees. From September, 1986, through December, 1987, he was employed by the law firm of Adelman & Gettleman, Ltd., where he continued to practice in the areas of bankruptcy and insolvency related matters. In January 1988, he became associated with Dannen, Crane, Heyman & Simon, predecessor to CHSWC, and became a partner in 1994. His practice is concentrated in the field of bankruptcy, having represented Chapter 7 and Chapter 11 debtors, trustees, unsecured creditors' committees and various creditors. Mr. Clar has been a panel member and a moderator for several bar association-sponsored bankruptcy seminars. He is a member of the Federal Trial Bar. He is a former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization.

9. The hourly rates charged by CHSWC for legal services rendered in this bankruptcy case are as follows:

| Attorney | 2012 Rate | 2013 Rate | 2014 Rate |
| --- | --- | --- | --- |
| Eugene Crane ("EC") | $490.00 | $495.00 | $495.00 |
| Arthur G. Simon("AGS") | $470.00 | $480.00 | $490.00 |
| David K. Welch ("DKW") | $470.00 | $480.00 | $490.00 |
| Scott R. Clar ("SRC") | $470.00 | $480.00 | $490.00 |
| Jeffrey C. Dan ("JCD") | $395.00 | $405.00 | $415.00 |
| John H. Redfield ("JHR") | $370.00 | $380.00 | $390.00 |
| Brian P. Welch ("BPW") | – | $285.00 | $295.00 |

These hourly rates are the customary and usual rates which CHSWC charges clients on matters of this nature.

10. The total time expended by CHSWC attorneys in connection with this Chapter 11 case during the period commencing September 6, 2012 through and including May 27, 2014 is as follows:

| Att$orney | 2012 Hours | 2013 Hours | 2014 Hours | Amount |
|---|---|---|---|---|
| Arthur G. Simon ("AGS") |  | 2.9 |  | $ 1,392.00 |
| David K. Welch ("DKW") | 11.7 | 7.3 | .6 | 9,297.00 |
| Scott R. Clar ("SRC") | 27.4 | 68.05 | 56.5 | 73,227.00 |
| Jeffrey C. Dan ("JCD") | .2 |  |  | 79.00 |
| John H. Redfield ("JHR") |  | 1.8 |  | 666.00 |
| Brian P. Welch ("BPW") |  | 30.3 |  | 8,635.50 |
| **Total:** | **39.3** | **100.35** | **57.1** | **$93,296.50** |

## LEGAL SERVICES RENDERED

11. The legal services rendered by CHSWC, as more fully described in Exhibits A through G have been divided into the following categories.

A. **GENERAL ADMINISTRATION**

The legal services rendered in this category include the preparation of motions with respect to employment CHSWC, dealing with creditor inquiries, attendance at the first meeting of creditors and other administrative matters.

Total Time Expended:        42.9  Hours

                            2012        2013        2014

Case 12-36479   Doc 208   Filed 06/17/14   Entered 06/17/14 12:31:31   Desc Main
Document      Page 8 of 12

| Attorney | Hours | Hours | Hours | Amount |
|---|---|---|---|---|
| David K. Welch ("DKW") | 3.9 | 1.1 | | $ 2,361.00 |
| Scott R. Clar ("SRC") | 20.0 | 14.2 | 1.9 | 17,147.00 |
| John H. Redfield ("JHR") | 1.8 | | | 666.00 |
| **Total** | **25.7** | **15.3** | **1.9** | **$20,174.00** |

Attached to this Motion as Exhibit "A" is an itemization of the legal services rendered in this category.

  B. **CASH COLLATERAL AND OTHER MATTERS WITH RESPECT TO SECURED CREDITOR**

    Legal services rendered in this category include preparation of Cash Collateral Orders and review of budgets in connection with the use of cash collateral of the Debtor's secured creditor, State Bank of the Lakes.

    Total Time Expended: <u>7.8</u> hours

| Attorney | 2012 Hours | 2013 Hours | 2014 Hours | Amount |
|---|---|---|---|---|
| David K. Welch ("DKW") | 1.3 | | | $ 611.00 |
| Scott R. Clar ("SRC") | 4.3 | 1.0 | 1.2 | 3,089.00 |
| **Total:** | **5.6** | **1.0** | **1.2** | **$3,700.00** |

Attached to this Motion as Exhibit "B" is an itemization of the legal services rendered in this category.

  C. **ISSUES CONCERNING FLORIDA DEPT. OF EDUCATION (FDOE) AND NELNET**

    The legal services rendered in this category include settlement negotiations with FDOE and Nelnet, various telephonic and other communications with their counsel resulting in a settlement of their large general unsecured claims, paving the way for confirmation of the Debtor's Plan.

    Total Time Expended: <u>83.95</u> Hours

| Attorney | 2012 Hours | 2013 Hours | 2014 Hours | Amount |
|---|---|---|---|---|
| Arthur G. Simon ("AGS") | | 2.2 | | $ 1,056.00 |
| David K. Welch ("DKW") | 4.8 | 3.4 | | 3,888.00 |
| Scott R. Clar ("SRC") | .9 | 33.45 | 10.3 | 21,526.00 |
| Jeffrey C. Dan ("JCD") | .2 | | | 79.00 |
| Brian P. Welch ("BPW") | | 28.7 | | 8,179.50 |
| **Total:** | **5.9** | **67.75** | **10.3** | **$34,728.50** |

Attached to this Motion as Exhibit "C" is an itemization of the legal services rendered in this category.

### D. PLAN AND DISCLOSURE ISSUES

CHSWC expended time in preparing, revising and negotiating a Plan of Reorganization and First Amended Plan of Reorganization, along with a Disclosure Statement and First Amended Disclosure Statement which was confirmed by the Court on May 27, 2014.

Total Time Expended:     51.9 Hours

| Attorney | 2012 Hours | 2013 Hours | 2014 Hours | Amount |
|---|---|---|---|---|
| David K. Welch ("DKW") | 1.7 | 2.8 | | $ 2,143.00 |
| Scott R. Clar ("SRC") | 2.2 | 9.0 | 34.6 | 22,308.00 |
| Brian P. Welch ("BPW") | | 1.6 | | 456.00 |
| **Total:** | **3.9** | **13.4** | **34.6** | **$24,907.00** |

Attached to this Motion as Exhibit "D" is an itemization of the legal services rendered in this category

### E. INSURANCE ISSUES

Time was spent by CHSWC with respect issues relating to the Debtor's financing of premiums insurance.

Total Time Expended:        2.3 hours

| Attorney | 2012 Hours | 2013 Hours | 2014 Hours | Amount |
|---|---|---|---|---|
| Scott R. Clar ("SRC") | 1.0 | 1.3 | | $1,117.00 |
| **Total:** | **1.0** | **1.3** | | **$1,117.00** |

Attached to this Motion as Exhibit "D" is an itemization of the legal services rendered in this category.

### F. OBJECTIONS TO CLAIMS OTHER THAN FDOE AND NELNET

The legal services rendered in this category include preparing successful objections to a number of general unsecured claims.

Total Time Expended:    16.4 Hours

| Attorney | 2012 Hours | 2013 Hours | 2014 Hours | Amount |
|---|---|---|---|---|
| Arthur G. Simon ("AGS") | | 4.8 | | $  336.00 |
| David K. Welch ("DKW") | | | .6 | 294.00 |
| Scott R. Clar ("SRC") | | 9.4 | 5.7 | 7,305.00 |
| **Total** | | **14.2** | **6.3** | **$7,935.00** |

Attached to this Motion as Exhibit "F" is an itemization of the legal services rendered in this category.

### G. PREPARING FINAL FEE APPLICATION

The legal services rendered in this category include preparing the final fee application of CHSWC.

Total Time Expended:    2.3 Hours

| Attorney | 2012 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 2.3 | $1,081.00 |
| **Total** | **2.3** | **$1,081.00** |

-7-

Attached to this Motion as Exhibit "G" is an itemization of the legal services rendered in this category.

## EXPENSES INCURRED

11. During the course of the representation of the Debtor, CHSWC has incurred necessary expenses for which reimbursement is sought. The total amount of these expenses for the period commencing September 6, 2012 through and including May 27, 2014 is $4,063.83. Attached to this motion as Exhibit "H" is an itemization of the expenses incurred.

## CONCLUSION

12. Other than as provided in Section 504(b) of the Bankruptcy Code, CHSWC has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity. No promises concerning compensation have been made to CHSWC by any person, firm or entity.

13. CHSWC asserts that the final compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based upon the time, nature, extent and value of such legal services. CHSWC further asserts that the cost of legal services rendered for and on behalf of the Debtor is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

14. CHSWC asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor in this Chapter 11 case.

WHEREFORE, for the foregoing reasons, Scott R. Clar, and the law firm of Crane, Heyman, Simon, Welch & Clar, counsel for the Debtor, pray for the entry of an order pursuant to Sections 330 and 331 of the Bankruptcy Code, as follows:

a) Allowing final compensation and reimbursement of expenses to CHSWC in the amounts of $93,296.50 and $4,063.83, respectively for services provided from the period commencing September 6, 2012 through and including May 27, 2014.

b) Authorizing payment by the Debtor to CHSWC of the sum of $57,360.33, representing fees and expenses incurred in excess of the Pre-Petition Retainer, and

c) Granting such other relief as may be just and equitable.

        Respectfully submitted,

        CRANE, HEYMAN, SIMON, WELCH & CLAR

        By: /s/Scott R. Clar
            One of its attorneys

**DEBTOR'S COUNSEL:**
Scott R. Clar
(Atty. No. 06183741)
John H. Redfield
(Atty. No. 2298090)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\R&B Receivables\Pay CHSWC.mot and NOM.wpd