UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-36479 |
| R&B Receivables Management, Inc. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| Debtor(s) | ) | |

**ORDER ALLOWING FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL**

THIS MATTER COMING TO BE HEARD upon the Motion of R&B Receivables Management, Inc., an Illinois limited liability company, debtor/debtor-in-possession ("Debtor") herein, for allowance of final compensation and reimbursement of expenses to Crane, Heyman, Simon, Welch & Clar (CHSWC") as its Counsel, pursuant to Sections 330 and 331 of the Bankruptcy Code; proper notice having been provided; no objections having been interposed; this Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT the Debtor is hereby authorized and directed to pay final compensation to CHSWC the amount of $96,420.73 for the period commencing September 6, 2012 through and including May 27, 2014, less the sum of $40,000.00 received as a pre-petition retainer.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  July 08, 2014

**Prepared by:**

DEBTOR'S COUNSEL:
Scott R. Clar
(Atty. No. 06183741)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
\mjo2\r&b\payCHSWC.ord