IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 12-36479 |
| R&B Receivables Management, Inc. ) | Chapter 11 |
| ) | Judge Cassling |
| Debtor. ) | |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 16th day of December, 2014 at 10:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Donald R. Cassling, Bankruptcy Judge, in the room usually occupied by him as courtroom 619 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **MOTION OF DEBTOR FOR ENTRY OF FINAL DECREE**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/David K. Welch
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all the parties listed on the attached service list via first class mail, on the 25th day of November, 2014.

/s/David K. Welch

## SERVICE LIST

United States Trustee
219 South Dearborn St., # 873
Chicago, IL 60604

Lynn M. Roth
Vice-President, Mid Market
State Bank of the Lakes
440 Lake St.
Antioch, IL 60002

Michael L. Sherman
State Bank of the Lakes
Sherman & Purcell LLP
120 S. LaSalle St., #1460
Chicago, IL 60603

Patrick P. Coll
Bedell, Dittmar, DeVault, et al.
The Bedell Building
101 E. Adams St.
Jacksonville, FL 32202

Daniel K. Bean
Holland & Knight, LLP
50 N. Laura St., #3900
Jacksonville, FL 32202

Robert T. O'Donnell
O'Donnell Law Firm
14044 Petronella Dr., #1
Libertyville, IL 60048

Lynne M. Schiffke
c/o Bogdan Martinovich
P.O. Box 400
Libertyville, IL 60048

Robert R. Benjamin
Beverly A. Berneman
Anthony J. D'Agostino
Golan & Christie LLP
70 W. Madison St., Suite 1500
Chicago, IL 60602

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 12-36479 |
| R&B Receivables Management, Inc. ) | Chapter 11 |
| ) | Judge Cassling |
| Debtor. ) | |

**MOTION OF DEBTOR FOR ENTRY OF FINAL DECREE**

R&B Receivables Management, Inc., Debtor herein, by its Attorneys, makes its Motion pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure and Rule B-3022-1 of the Local Rules of this Court for Entry of Final Decree; and in support thereof, states as follows:

1. On September 14, 2012, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. On May 29, 2014, this Court entered an Order confirming the First Amended Plan of Reorganization ("Plan") filed by the Debtor.

3. The Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code in that payments to creditors under the Plan have commenced. No contested matters are pending in this case.

4. The Debtor requests the entry of a Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure thereby closing this Chapter 11 case.

WHEREFORE, for the foregoing reasons, the Debtor, R&B Receivables Management, Inc., requests the entry of a Final Decree closing this Chapter 11 case and such other relief as may be just and appropriate.

Respectfully submitted,

R&B Receivables Management, Inc.,
Debtor herein

By:   /s/David K. Welch
        One of its attorneys

**DEBTOR'S COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
Scott R. Clar, Esq. (Atty. No. 06183741)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705, Chicago, IL 60603
TEL: (312) 641-6777 - FAX: (312) 641-7114
W:\GRACE\R&B\Final Decree.MOT.wpd