UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-36479 |
| R&B Receivables Management, Inc., an | ) | |
| Illinois corporation, Debtor. | ) | Chapter:  11 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE

THIS MATTER coming to be heard upon the R&B Receivables Management, Inc., Debtor herein, for Entry of Final Decree; proper notice of this Motion having been provided; no objections having been interposed; this Court having determined that the Debtor's First Amended Plan of Reorganization has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code; and this Court being fully advised in the premises;

NOW, THEREFORE, IT IS ORDERED that this Chapter 11 case is closed.

Enter:

*Donald R. Cassling*

United States Bankruptcy Judge

Dated: 12-16-14

**Prepared by:**
David K. Welch, Esq. (Atty. No. 06183621)
Scott R. Clar, Esq.(Atty. No. 06183741)
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Crane, Heyman, Simon, Welch Clar
135 South LaSalle Street, #3705, Chicago, IL 60603